**No. 52529.**—Geo. S. Bush & Co., Inc. *v.* United States, protest 122258–K (Seattle).

Opinion by MOLLISON, J. When the case was called for trial counsel for the plaintiff stated that it was impracticable to present evidence from which the importer could validly argue the claim for free entry because of the impossibility of obtaining evidence as to the exact character of the merchandise in question. An examination of the official papers failing to disclose anything which would warrant disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 52530.**—Bert L. Schoonmaker *v.* United States, protest 122763–K (Cleveland).

Opinion by MOLLISON, J. An examination of the official papers failing to disclose anything which would warrant disturbing the action of the collector, the protest was overruled.

AUGUST 30, 1948

**No. 52531.**—Henry Pollack, Inc. *v.* United States, protests 132763–K, 135721–K, and 137276–K. (Initial No. 134288–K.) Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, SEPTEMBER 10, 1948

**No. 52532.**—Parke, Davis & Company *v.* United States, protest 133688–K (Detroit).

Opinion by COLE, J. It was stipulated that the curare was not advanced in value or condition beyond that essential to proper packing and prevention of decay or deterioration pending manufacture. The claim for free entry under paragraph 1669 was therefore sustained.